UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| JACOB M., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 1:21-CV-00279-LEW |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION COMMISSIONER, | ) ) | |
| | ) | |
| Defendant | ) | |

## ORDER ACCEPTING RECOMMENDED DECISION

On November 10, 2022, the United States Magistrate Judge filed with the court, with copies to counsel, her Report and Recommended Decision. The time within which to file objections expired on November 25, 2022 and no objection was filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal. Having reviewed and considered the Magistrate Judge's Recommended Decision, I concur with the Magistrate Judge's conclusions as set forth in her Recommended Decision.

It is therefore ORDERED that the Recommended Decision (ECF No. 26) of the Magistrate Judge is hereby AFFIRMED and ADOPTED. The Commissioner's decision is VACATED and the case is REMANDED for proceedings consistent with the Recommended Decision.

**SO ORDERED.**

Dated this 6th day of December, 2022.

/s/ Lance E. Walker
UNITED STATES DISTRICT JUDGE